IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **JEREMY O. FRANKLIN,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| -VS- | * |
| | * |
| **DEPUTY CHIEF ROB BRYAN,** | * |
| **CAPTAIN JARED AKINS, LT.** | * |
| **COLSEN, SGT. SAXON, DETECTIVE** | * |
| **WINSKEY, OFFICERS HENDRIX,** | * |
| **STANCIL, RINER, WEBB, AMANDA** | * |
| **LANE and TEN JOHN DOES in Their** | *   **CIVIL ACTION NO.: 424-CV-186** |
| **Individual and Official Capacities as** | * |
| **Police Officers for the Statesboro Police** | * |
| **Department, CITY OF STATESBORO,** | * |
| **GEORGIA; DETECTIVE WILDER** | * |
| **and TEN JOHN DOES in Their** | * |
| **Individual and Official Capacities as** | * |
| **Police Officers for the Hinesville Police** | * |
| **Department; CITY OF HINESVILLE,** | * |
| **GEORGIA,** | * |
| | * |
| **Defendants.** | * |

### JEREMY O. FRANKLIN'S SECOND NOTICE OF FILING

Counsel for **JEREMY O. FRANKLIN** files this Jeremy Franklin's Second Notice of Filing in which counsel files Screen Shots 186 through 206 to supplement counsel's previously filed objection to the Magistrate's Order denying reconsideration, Doc. 9. These Screen Shots show the progression of the opening of the *Simmons* case as an example of what counsel experienced in opening the *Franklin* case. The exception that occurred in the *Franklin* case came at Screen Shot 206. In the *Franklin* Screen Shot 206 **DID NOT** have the buttons **"NEXT"** or **"CLEAR."** The filing in *Franklin* ended at Screen Shot 206. No other window opened. Counsel also received the receipt for the filing as demonstrated by the attached Exhibit Email.

Respectfully submitted this 19th day of November 2024.

/s/ *James A. Yancey, Jr.*
JAMES A. YANCEY, JR.
Attorney for Jeremy O. Franklin
State Bar of Georgia No.: 779725
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Street
Brunswick, Georgia 31520-6749
(912) 265-8562 (Office)
(912) 265-8564 (Fax)
Email: jayjr@standinthegap.biz

C:\WPDOCS\CIVILRIGHTS\M-Z\POLICE   MISCONDUCT\A-L\2024\FRANKLIN-J.CVR\M-Z\NOTICES\FRANKLIN\JEREMY O. FRANKLIN'S SECOND NOTICE OF FILING